IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. DNCW3:01CR202-3 |
| | ) | (Financial Litigation Unit) |
| PAUL BERNARD SUTTA, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| HONAKER AVIATION, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case against Defendant Paul Bernard Sutta is DISMISSED.

**SO ORDERED**.                Signed: September 25, 2012

_____
David S. Cayer
United States Magistrate Judge